IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BENJAMIN T. HIBBARD,<br>　　Plaintiff,<br><br>v.<br><br>JEREMIAH MOLINA JR. and<br>WESTERN EXPRESS, INC.,<br>　　Defendants. | §<br>§<br>§<br>§　　EP-16-CV-447-DB<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters Final Judgment under Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any pending motions in this case are **DISMISSED AS MOOT**.

**SIGNED** this **9th** day of **May 2018**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DAVID BRIONES
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE